# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM PEGG, | Case No.: 2:18-cv-00763-RFB-NJK |
| Plaintiff(s), | **ORDER** |
| v. | (Docket No. 41) |
| CONOR McGREGOR, *et al*., | |
| Defendant(s). | |

Pending before the Court is Defendants' motion to extend time to respond to Plaintiff's motion to strike. Docket No. 41. The Court finds the motion properly resolved without a hearing. *See* Local Rule 78-1. The motion to extend is hereby **GRANTED**. Defendants shall file their response no later than November 2, 2018.

IT IS SO ORDERED.

Dated: October 23, 2018

NANCY J. KOPPE
United States Magistrate Judge