# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM PEGG, | Case No. 2:18-cv-000763-RFB-NJK |
| Plaintiff, | |
| v. | ORDER |
| CONOR McGREGOR, *et al*., | (Docket No. 43) |
| Defendants. | |

Before the Court is the parties' notice of settlement. Docket No. 43. The Court **ORDERS** the parties to file a stipulation of dismissal no later than November 26, 2018.

IT IS SO ORDERED.

DATED: October 29, 2018.

_____
NANCY J. KOPPE
United States Magistrate Judge